Perl Smith, Plaintiff-Counterdefendant-Appellant, v. Lindy L. Glover, Defendant-Counterplaintiff-Appellee.

Gen. No. 66–25. 

Fifth District.

October 11, 1966.

 Conger, Elliott & Fechtig, of Carmi, for appellant; Gosnell & Benecki, of Lawrenceville (Edward Benecki and Charles Quindry, of counsel), for appellee. Opinion by PRESIDING JUSTICE GOLDENHERSH. Not to be published in full.